# FORD & HUFF LC

ATTORNEYS AT LAW

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/23/2023

January 13, 2023

*Close case*

**VIA ECF**
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*Colleen McMahon*
*1/23/2023*

**Re:  Dismissal Details**
Stephen Gannon v. Rafael, Inc., Black Iron Burger LLC, et al.
Case # 1:22-cv-1140-CM

**MEMO ENDORSED**

Dear Judge McMahon,

This law firm represents Plaintiff Stephen Gannon ("Plaintiff") in this action brought to enforce compliance with the Americans with Disabilities Act ("ADA").

Plaintiff and Defendant Black Iron Burger LLC (the tenant) have entered into a settlement agreement pursuant to which they will remedy the alleged violations of the ADA and the case against them will be dismissed with prejudice, subject only to the Court's continuing jurisdiction to enforce the settlement agreement if necessary. This is the purpose of Docket no. 30, stipulated by Defendant Black Iron Burger LLC.

Defendant Rafael, Inc. (the landlord) never made an appearance and is not a party to the settlement agreement. But pursuant to the agreement, Plaintiff is dismissing the case against Rafael, Inc., without prejudice. This is the purpose of Docket no. 31, filed by Plaintiff without any stipulation by Rafael, Inc.

We have used the dismissal forms found on the Southern District of New York website and if the Court prefers to use another form or format, we will be happy to comply. We thank the court for its attention in this matter.

Adam D. Ford
228 Park Avenue South
New York, New York 10003

adam.ford@fordhufflaw.com
(212) 287-5913
www.fordhufflaw.com

**Re: Dismissal Details**
January 12, 2023
Page **2** of **2**

Respectfully Submitted,

/s/ Adam Ford
Adam Ford
Ford & Huff LC

cc:   All Counsel of Record (via ECF)

